IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| HOPKINS MANUFACTURING CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>HARBOR FREIGHT TOOLS USA, INC.,<br><br>Defendant. | Civil No. 11-cv-2258 KHV/KMH |

## **Stipulated Dismissal**

The parties have settled this matter on a confidential basis. Thus, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Hopkins Manufacturing Corporation ("Hopkins") hereby dismisses all claims of this action against Harbor Freight Tools USA, Inc. ("Harbor Freight") with prejudice and Harbor Freight hereby dismisses all counterclaims of this action against Hopkins without prejudice, with each party bearing its own respective attorneys' fees and costs.

Dated: April 24, 2012

Respectfully Submitted,                                                  Respectfully Submitted,

 s/ Scott R. Brown                                                        s/ Mark J. Rosenberg
Scott R. Brown, KS Bar #23,395                              Mark J. Rosenberg (*pro hac vice*)
Matthew B. Walters, KS Bar #23,514                       TARTER KRINSKY & DROGIN LLP
HOVEY WILLIAMS LLP                                          1350 Broadway
10801 Mastin Boulevard, Suite 1000                        New York, New York 10018
84 Corporate Woods                                                 Telephone:     212-216-1127
Overland Park, Kansas 66210                                   Facsimile:      212-216-8001
T: (913) 647 – 9050                                                    E-mail:           mrosenberg@tarterkrinsky.com
F: (913) 647 – 9057
srb@hoveywilliams.com                                           James R. Jarrow, KS #14287
mbw@hoveywilliams.com                                        Kristen A. Henderson, KS #22467
                                                                                   BAKER STERCHI COWDEN & RICE, LLC
ATTORNEYS FOR PLAINTIFF                                          9393 W. 110th Street, Suite 500
HOPKINS MANUFACTURING CORPORATION            Overland Park, Kansas 66210
                                                                                   Telephone:     (913) 451-6752
                                                                                   Facsimile:      (816) 472-0288
                                                                                   E-mail:           jarrow@bscr-law.com
                                                                                                         henderson@bscr-law.com

                                                                                   ATTORNEYS FOR DEFENDANT-COUNTERCLAIM
                                                                                   PLAINTIFF HARBOR FREIGHT TOOLS USA, INC.

**Certificate of Service**

I hereby certify that on the 24th day of April, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM / ECF system, which sent notification of such filing to the following:

James R. Jarrow                                                         Mark J. Rosenberg
Kristen A. Henderson                                                TARTER KRINSKY & DROGIN LLP
BAKER STERCHI COWDEN & RICE, LLC             1350 Broadway
9393 W. 110th Street, Suite 500                                New York, New York 10018
Overland Park, Kansas 66210                                   Telephone:     212-216-1127
Telephone:     (913) 451-6752                                   Facsimile:      212-216-8001
Facsimile:      (816) 472-0288                                   E-mail:           mrosenberg@tarterkrinsky.com
E-mail:           jarrow@bscr-law.com
                     henderson@bscr-law.com
ATTORNEYS FOR DEFENDANT-COUNTERCLAIM PLAINTIFF HARBOR FREIGHT TOOLS USA, INC.

                                                                                    s/ Scott R. Brown